IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Gerald Swearingen, Jr., :
:
    Plaintiff(s), :
: Case Number: 1:14cv922
vs. :
: Judge Susan J. Dlott
Commissioner of Social Security, :
:
    Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on December 21, 2015 (Doc. 16), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired January 7, 2016, hereby ADOPTS said Report and Recommendation.

Accordingly, the decision of the Commissioner to deny plaintiff benefits is AFFIRMED as supported by the substantial evidence.  This case is hereby TERMINATED from the docket of this Court.

IT IS SO ORDERED.


       s/Susan J. Dlott
      Judge Susan J. Dlott
      United States District Court